UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LEO MARTIN URBAN,                                             Case No. HG08-09535

    Debtor.                                                             Chapter 7
_____/

### AFFIDAVIT OF NO OBJECTIONS RECEIVED

A. Brooks Darling, attorney for Colleen M. Olson, Chapter 7 Trustee, certifies to the Court under the penalties of perjury that a **Trustee's Petition to Employ Attorney** and a proposed **Order Approving Petition to Employ Attorney** were submitted to the Bankruptcy Court on March 18, 2009.

Pursuant to Local Bankruptcy Rule 2014(a)(3), the United States Trustee has 25 days from the date of docketing the application to file any objections with the Court, and send a copy of any such objection to the applicant. A. Brooks Darling further certifies that more than 30 days or more have elapsed since the docketing of the application, and no objections were received.

A. Brooks Darling therefore requests that this Court approve the **Order Approving Petition to Employ Attorney**.

Dated: September 4, 2009                          /s/ A. Brooks Darling
                                                  _____
                                                  A. Brooks Darling (P26419)
                                                  Zimmerman, Kuhn, Darling, Boyd,
                                                    Quandt and Phelps, PLC
                                                  Attorneys for Trustee
                                                  412 South Union Street
                                                  Traverse City, MI  49684
                                                  (231) 947-7900
                                                  abdarling@zimmerman-kuhn.com